**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES J. HUBERT, and<br><br>JEREMY I. SUNKEL<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. MARK T. ESPER, Secretary of Defense, *et. al.*,<br><br>    Defendants. | Case No.:_____ |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Jaime Jones *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jaime Jones, filed herewith. This motion is also supported and signed by Nicholas S. Willingham, an active and sponsoring member of the Bar of this Court.

Dated: June 26, 2020                                  Respectfully submitted,

                                                                  */s/ Nicholas S. Willingham*

                                                                  Nicholas S. Willingham, D.C. Bar # 1656972
                                                                  nwillingham@sidley.com
                                                                  SIDLEY AUSTIN LLP
                                                                  1501 K. Street, N.W.
                                                                  Washington, D.C. 20005
                                                                  Telephone: (202) 736-8000
                                                                  Facsimile: (202) 736-8711

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES J. HUBERT, and<br><br>JEREMY I. SUNKEL<br><br>        Plaintiffs,<br><br>  v.<br><br>DR. MARK T. ESPER, Secretary of Defense, *et. al*,<br><br>        Defendants. | Case No.:_____ |

## DECLARATION OF JAIME JONES IN SUPPORT OF
## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jaime Jones, declare as follows:

1. My name is Jaime Jones.

2. I am an attorney practicing law with the law firm of Sidley Austin LLP, located at 1 S Dearborn, Chicago, IL 60603.  My telephone number is: (312) 853-7000.

3. I am a member in good standing of the Illinois Bar.  I am also admitted to practice before the United States District Court for the Northern District of Illinois.

4. I certify that I have not been disciplined for my conduct as an attorney before any court or as a member of any bar association.

5. I have not been admitted *pro hac vice* in any case before this Court in the last two years.

6. I do not practice law from an office located in the District of Columbia.

Executed: June 26, 2020               */s/ Jaime Jones*
                                                                         Jaime Jones

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES J. HUBERT, and<br><br>JEREMY I. SUNKEL<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>DR. MARK T. ESPER, Secretary of Defense, *et. al.*,<br><br>    Defendants. | Case No.:_____ |

## [PROPOSED] ORDER GRANTING MOTION FOR
## ADMISSION OF ATTORNEY PRO HAC VICE

The Court has reviewed the Plaintiff's Motion for Admission of attorney Jaime Jones *pro hac vice*. Upon consideration, the Court grants attorney Jaime Jones *pro hac vice* admission to this Court for the purposes of this case only.

IT IS SO ORDERED

DATED: _____          _____
                                  United States District Judge